## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Malcolm Fort Jones, Sr., | ) | Case # 20-03069-dd |
| | ) | |
|                         Debtor. | ) | |
| | ) | |
| Michelle L. Vieira as Chapter 7 Trustee for | ) | |
| Malcolm Fort Jones, Sr., | ) | |
| | ) | Adv. Pro. No. 21-80050-dd |
|                        Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Judy B. Jones, | ) | |
| | ) | |
|                        Defendant. | ) | |

## **AFFIDAVIT OF SERVICE**

Personally appeared before me, Connie L. Fraser, who being duly sworn, states that:

I mailed via First-Class Mail, pursuant to Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, a copy of the Summons and Complaint, in the above captioned matter, as indicated on the Certificate of Service dated September 9, 2021, attached hereto as **Exhibit A**.

    Further affiant sayeth not.

                                                              /s/ Connie L. Fraser
                                                              Connie L. Fraser
                                                              P. O. Box 14805
                                                              Myrtle Beach, SC  29587

SWORN to before me on this the
9th day of September, 2021.

/s/ Christine E. Brimm
Notary Public for South Carolina
My commission expires: 10/23/27

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Malcolm Fort Jones, Sr., ) | Case # 20-03069-dd |
| ) | |
| _____Debtor._____) | |
| ) | |
| Michelle L. Vieira as Chapter 7 Trustee for ) | |
| Malcolm Fort Jones, Sr., ) | |
| ) | Adv. Pro. No. 21-80050-dd |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Judy B. Jones, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

I, Connie L. Fraser, hereby certify that on behalf of Christine E. Brimm, District Court I.D. 6313, Attorney for Michelle L. Vieira, Chapter 7 Trustee, I served a copy of the **(1) SUMMONS, filed September 9, 2021; AND (2) COMPLAINT against Judy B. Jones, filed on September 8, 2021**, on the Defendant as shown below, by mailing a copy of the same by First Class Mail, Postage Prepaid, on the 9th day of September, 2021.

Judy B. Jones
104 Blumingway Circle
P.O. Box 353
Linville, NC  28646-0353

BARTON BRIMM, PA

/s/ Connie L. Fraser
P.O. Box 14805
Myrtle Beach, SC  29587
TEL: 803.256.6582